# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERRY BERGMAN,

                v.

DEBRA A. STIGALL,

JUDGMENT IN A CIVIL CASE

No. C11-5022 RBL/KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| March 4, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                    *s/ Mary Trent*
                                    Deputy Clerk